# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **LUNG VAN DO,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-01326-LS** |
| | § | |
| **WARDEN CAMP EAST MONTANA;** | § | |
| **MARKWAYNE MULLIN,** | § | |
| **SECRETARY, U.S. DEPARTMENT OF** | § | |
| **HOMELAND SECURITY; AND ICE,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Petitioner Lung Van Do seeks a writ of habeas corpus ordering his release from custody during removal proceedings.[1] However, Petitioner has another habeas petition pending before this Court seeking the same relief on the same grounds.[2] "[A]s part of its inherent power to administer its docket, a district court may dismiss a suit that is duplicative of another federal court suit."[3] Therefore, the Court dismisses this case without prejudice as duplicative of Petitioner's other case. All pending motions are denied as moot.

**SO ORDERED**.

---

[1] ECF No. 2.

[2] Petition for Writ of Habeas Corpus, *Do v. U.S. Attorney General et al.*, No. 3:26-cv-01261-LS (W.D. Tex. May 2, 2026), ECF No. 2.

[3] *Duru v. U-Haul Co. of N. Georgia*, No. 3:15-cv-436, 2015 WL 12743761, at *1 (N.D. Tex. Feb. 13, 2015) (quoting *Houston v. Caruso*, No. 2:08-cv-124, 2009 WL 579411, at *2 (W.D. Mich. Mar. 5, 2009)); *see also Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993) ("The court here held that it is 'malicious' for a pauper to file a lawsuit that duplicates allegations of another pending federal lawsuit by the same plaintiff. We agree."); *Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977) ("[Plaintiffs] ha[ve] no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." (citing *United States v. Haytian Republic*, 154 U.S. 118, 123–24 (1894))).

**SIGNED** and **ENTERED** on May 27, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**